IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                July 22, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

---

Civil Action No. 08-cv-01175-RPM

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, | Michelle D. Mitchell |
| Plaintiff, | |
| v. | |
| LIFECO, INC., | Brian K. Matise |
| JIMMY CLARK, | |
| MELISSA A. MILLER and | |
| DENNLY BECKER, | |
| Defendants. | |

---

## COURTROOM MINUTES
---

**Hearing on Plaintiff's Motion for Summary Judgment**

**1:54 p.m.   Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:00 p.m.     Argument by Ms. Mitchell.

2:12 p.m.     Argument by Mr. Matise.

**Court rules that there is jurisdiction based on place of business stated in the Amended Complaint.**

2:28 p.m.     Rebuttal argument by Ms. Mitchell.

**ORDERED:**   Plaintiff's Motion for Summary Judgment, filed 2/27/2009 [12], is taken under advisement. A written opinion will be issued.

**2:31 p.m. Court in recess.**

Hearing concluded.  Total time: 37 min.